THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:16-cv-00058-D

| | | |
|---|---|---|
| TYRONE PERRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER ON PLAINTIFF'S CONSENT |
| | ) | MOTION FOR ATTORNEY FEES |
| NANCY A. BERRYHILL, | ) | UNDER THE EQUAL ACCESS TO |
| Acting Commissioner | ) | JUSTICE ACT |
| of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Upon Plaintiff's Consent Motion for Attorney Fees under the Equal Access to Justice Act, and Defendant's consent to that Motion, it is ORDERED that Defendant pay Plaintiff One Thousand Seven Hundred and Eighty-One dollars and Twenty-Five cents ($1,781.25) in attorney's fees in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

Pursuant to *Comm'r of Soc. Sec. v. Ratliff*, 560 U.S. 2521 (2010), the fee award will first be subject to offset of any debt Plaintiff may owe to the United States. If such a debt exists, the debt will be satisfied first, and if any funds remain, they will be made payable to Plaintiff and mailed to Plaintiff's attorney. If Plaintiff does not owe a federal debt, the Commissioner will honor the agreement between Plaintiff and her attorney, and the fees will be made payable to and delivered to Plaintiff's attorney.

SO ORDERED. This 22 day of November 2017.

JAMES C. DEVER III
Chief United States District Judge