UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| TYRONE PERRY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NANCY A. BERRYHILL, Acting Commissioner )<br>of Social Security, )<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 2:16-CV-58-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant pay Plaintiff One Thousand Seven Hundred and Eighty-One dollars and Twenty-Five cents ($1,781.25) in attorney's fees in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. The fee award will first be subject to offset of any debt Plaintiff may owe to the United States. If such a debt exists, the debt will be satisfied first, and if any funds remain, they will be made payable to Plaintiff and mailed to Plaintiffs attorney. If Plaintiff does not owe a federal debt, the Commissioner will honor the agreement between Plaintiff and her attorney, and the fees will be made payable to and delivered to Plaintiffs attorney.

**This Judgment Filed and Entered on November 22, 2017, and Copies To:**
Paul T. McChesney                                                      (via CM/ECF electronic notification)
Leo R. Montenegro                                                     (via CM/ECF electronic notification)


DATE:                                                                            PETER A. MOORE, JR., CLERK
November 22, 2017                                                     (By) /s/ Nicole Briggeman
                                                                                       Deputy Clerk